IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR A. VOLKOV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL.,<br><br>　　　　Defendants. | No. C 09-03915 JSW<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME AND SETTING AMENDED BRIEFING SCHEDULE** |

　　This matter is set for a hearing on December 18, 2009 on Defendants' motion to dismiss and to strike. On October 8, 2009, the Court set a briefing schedule but mistakenly did not properly serve Plaintiff. Therefore, the Court GRANTS Plaintiff's motion to enlarge time to file an opposition until November 30, 2009. Defendants' reply shall be filed no later than December 11, 2009.

　　**IT IS SO ORDERED.**

Dated: November 30, 2009

　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR A. VOLKOV,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY et al,<br><br>    Defendant.<br>_____/ | Case Number: CV09-03915 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleksandr Volkov
547 43rd Avenue
San Francisco, CA 94121

Dated: November 30, 2009

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk